UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Joel Premell Maye**                                     **Docket No. 4:06-CR-22-3BO**
**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joel Premell Maye, who, upon an earlier plea of guilty to Conspiracy To Distribute and Possess with Intent to Distribute More than 50 Grams of Cocaine Base (Crack), and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 22, 2007, to the custody of the Bureau of Prisons for a term of 76 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Joel Premell Maye was released from custody on March 6, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 16, 2014, the defendant was arrested in Greenville, North Carolina, pursuant to a warrant which charged him with one misdemeanor count of Larceny. Maye was released on the same date after posting a $1,000.00 secured bond. When confronted by the probation officer, the defendant vehemently denied the allegation. Subsequently, a violation report was submitted to the court requesting no action pending disposition in state court. On March 5, 2015, Maye pled guilty in Pitt County District Court (13CR61147) and was sentenced to 1 day of custody with credit for time served and $220.00 costs. The defendant maintains his innocence, stating he only pled guilty because the many appearances in state court were costing money due to time taken off from work. It is, therefore, respectfully recommended that the conditions of supervision be modified to add 48 hours of community service as a sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200.00 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Tuell Waters |
| Dwayne K. Benfield | Tuell Waters |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2344 |
| | Executed On: April 27, 2015 |

Joel Premell Maye
Docket No. 4:06-CR-22-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __29__ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge